# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE DANCEL, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:18-cv-02027 |
| v. ) ) | Hon. Judge Ronald A. Guzman |
| GROUPON, INC., a Delaware Corporation, ) ) | Magistrate Judge Jeffrey Cole |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR
## LEAVE TO FILE AN OVERSIZED RESPONSE BRIEF

Defendant Groupon, Inc. ("Defendant"), by its attorneys, Novack and Macey LLP, pursuant to Local Rule 7.1, respectfully requests leave to file an oversized response brief not to exceed 30 pages in opposition to Plaintiff's Memorandum in Support of Motion for Class Certification (the "Class Motion," Dkt. No. 20). In support, Defendant states as follows:

1. Plaintiff filed her Class Motion on April 13, 2018. (Dkt. No. 20.)

2. On April 17, 2018, the Court setting a briefing schedule for the Class Motion. (Dkt. No. 28.) Defendant's response is due by May 7, 2018, and Plaintiff's reply is due by June 6, 2018. (*Id*.)

3. Plaintiff alleges that Groupon violated the Illinois Right to Publicity Act ("IRPA), and seeks to certify a class of "thousands of individuals" from all over the United States. (Class Motion at 1-2, 8.) In support of the Class Motion, Plaintiff has filed 350 pages of supporting materials, comprised of two declarations and 28 exhibits. (*See* Dkt. Nos. 24 & 25.) The Class Motion and these supporting materials raise a number of novel and complex legal issues that Defendant must address in its response brief.

4.  In order to adequately do so, Defendant requests that the Court permit it to file a response brief of up to 30 pages in length.

5.  Plaintiff has no objection to the relief requested herein.

WHEREFORE, Defendant respectfully requests: (a) leave to file an oversized response brief not to exceed 30 pages in opposition to the Class Motion; and (b) such other and further relief as is appropriate.

        Respectfully submitted,

        GROUPON, INC.

        By:   /s/ Brian E. Cohen
               One of Their Attorneys

Eric N. Macey (#3122684)
*emacey@novackmacey.com*
Christopher S. Moore (#6256418)
*cmoore@novackmacey.com*
Brian E. Cohen (#6303076)
*bcohen@novackmacey.com*
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

## CERTIFICATE OF SERVICE

Brian E. Cohen, an attorney, hereby certifies that, on May 1, 2018, he caused a true and correct copy of the foregoing **Defendant's Unopposed Motion For Leave To File *Instanter* An Oversized Response Brief** to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Brian E. Cohen