# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| CHRISTINE DANCEL, individually and on behalf of all others similarly situated,<br><br>           *Plaintiff*,<br>v.<br><br>GROUPON, INC., a Delaware Corporation,<br><br>           *Defendant*. | Case No. 16 CH 01716<br><br>Judge Thomas R. Allen |

**AGREED ORDER**

This matter coming to be heard on Plaintiff's Motion to Compel Inspection of Documents and Extend Deadlines (the "Motion"), all parties having notice, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

1. The Motion is granted in part.

2. Groupon shall make its source code, as discussed and described in the Motion, available for Plaintiff's inspection on January 26, 2018.

3. The deadlines set forth in the Court's November 15, 2017 Order are stricken.

4. Plaintiff's expert witnesses for Class Certification, if any, shall be disclosed along with such witnesses' written report on February 5, 2018. Groupon shall depose any such witnesses by March 20, 2018.

5. Defendants' expert witnesses for Class Certification, if any, shall be disclosed along with such witnesses' written report on March 23, 2018. Plaintiff shall depose any such witnesses by April 20, 2018.

6. Plaintiff shall file an amended motion and memorandum in support of class certification (the "Class Motion") by March 9, 2018.

7. Defendant shall respond to the Class Motion on or before April 6, 2018.

8. Plaintiff shall file her Reply in Support of the Class Motion on or before May 4, 2018.

9. This matter is set for status on May 7, 2018 at 9:30 a.m.

Prepared by:   ENTERED:   

ENTERED
JUDGE THOMAS ALLEN - 2043
JAN 24 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

EDELSON PC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60640
312.589.6370
Firm ID: 62075

2

# EXHIBIT B

# Brian E. Cohen

**From:** Ben Thomassen <bthomassen@edelson.com>
**Sent:** Monday, January 22, 2018 5:05 PM
**To:** Brian E. Cohen
**Cc:** Eric N. Macey; Rafey Balabanian; Amir Missaghi
**Subject:** Re: Dancel v Groupon

That's fine. We'll get it entered tomorrow morning (I'm sick at home with the flu, so sorry for the delayed response).

Also, in terms of attendees for the Jan 26 review, we plan to have Amir Missaghi, Uho Buy, and Mark Milhouse (also from our office) present.

On Mon, Jan 22, 2018 at 9:39 AM, Brian E. Cohen <BCohen@novackmacey.com> wrote:

Ben,

I think our prior orders have scheduled the Monday after the Reply's due date for our return status. In this case, that'd be May 7 which is fine for us.

One minor revision to the order: it should note that the Motion was "granted **in part**", simply because the Court did not grant the Motion's request for a 3 week window for Plaintiff to disclose her expert after the source code review (and we subsequently agreed to a different timeframe). Otherwise, the order is fine.

Brian

**From:** Ben Thomassen [mailto:bthomassen@edelson.com]
**Sent:** Sunday, January 21, 2018 9:02 PM

**To:** Brian E. Cohen <BCohen@novackmacey.com>
**Cc:** Eric N. Macey <emacey@novackmacey.com>; Rafey Balabanian <rbalabanian@edelson.com>; Amir Missaghi <amissaghi@edelson.com>
**Subject:** Re: Dancel v Groupon

Brian:

See attached. Let me know what date(s) work for you for a status following the class cert submissions.

1

# EXHIBIT C

| 2/10/2016 | 2/9/2016 | 2/8/2016 |
|---|---|---|
| b6ea67a0-5f96-b06a-9052-0143005abd4c | 026d9446-4780-b06a-747e-013a8fe20079 | 27c83efe-039e-b06a-9298-013a9115aab |
| d49acd83-19cf-b06a-9052-013a911aa1cd | 18559d14-4780-b06a-747e-013a92f7a98d | a5f2a3a2-19cf-b06a-9052-013a8fccc92e |
| 1d6cfafb-4780-b06a-747e-013a910a7247 | a1a845f8-5df1-b06a-768a-013a8fe0730d | ddf4cc30-c5ae-102f-bfff-9d4d442ce103 |
| 6bd67ed2-19cf-b06a-9052-013a91191fdb | 3738bb82-19cf-b06a-9052-013a911636b6 | 4f91bca3-5df1-b06a-768a-013a9117d166 |
| 362b8dfd-0f99-b06a-9052-013ac3b10940 | 8bfd0775-5df1-b06a-768a-013a8feb7748 | ac9db6fd-7f08-b06a-768a-013abe2c3650 |
| c6f1d3f9-19cf-b06a-9052-013a8fcda88b | 98c713d6-4780-b06a-747e-013a8fd15e3d | eb134fc0-4780-b06a-747e-013a8feca35d |
| aa2d7a61-4780-b06a-747e-013a8ff91b37 | f5d47187-2139-b06a-9052-013ae34827d9 | 2d174313-4fca-b06a-747e-0141eb52895d |
| 24367e10-4780-b06a-747e-013a8fcea027 | b33478f2-039e-b06a-9298-013a8feba30b | ee6de8fe-731b-b06a-747e-013a9534fe4c |
| 8502d4fa-2cf6-b06a-9052-013db9f6c8f9 | 17cab4f8-107c-b06a-9299-014736bfe55c | 3f9eebfc-19cf-b06a-9052-013a8fcca7e8 |
| b814bda7-3c2c-b06a-9052-013a94ecb075 | 5c604010-19cf-b06a-9052-013a9119da54 | 7cfd93fc-4259-b000-0000-013a8fb26673 |
| 87dd348-4780-b06a-747e-013a8ff897b0 | 1ed8b8fa-2139-b06a-9052-013ae3759b5b | 8f351efb-62d0-b06a-747e-013f57a7bc50 |
| 142c43e4-5df1-b06a-768a-013a8fcfbfa9 | 5ad4c3fd-5df1-b06a-768a-013a91167de3 | d276c8f9-039e-b06a-9298-013a9115ad5b |
| 0b3130f8-039e-b06a-9298-013a8fe0d972 | 32d563fd-039e-b06a-9298-013a8fcec263 | ed155dff-5df1-b06a-768a-013a913cb7d3 |
| 0089fef8-65eb-b06a-768a-013ae2fc7a2b | a26addf0-06c7-b06a-9299-014a50a64583 | 89e70afe-391e-b06a-9052-013c9cc42a73 |
| 50a6daa5-14a8-b000-0000-013a8fb2616f | 58055cf8-4780-b06a-747e-013a91500dad | 062606fd-19cf-b06a-9052-013a9116d624 |
| d22660b5-5df1-b06a-768a-013a8ffcdb4d | 304f0bfb-4ab4-b06a-768a-013bbfc6d014 | a2604dfb-4780-b06a-747e-013a9123fbe9 |
| 55030e87-4780-b06a-747e-013a8ffc9b3a | 8d8384fb-06e4-b06a-9052-013da0470ee1 | 7ccf28f8-4574-b06a-9052-013a9eb2a3df |
| 76af2397-5df1-b06a-768a-013a9115d343 | 218e9a04-039e-b06a-9298-013a911954ce | fac88fff-69dd-b06a-747e-013efd070d83 |
| 2f3c89a4-19cf-b06a-9052-013a900eeb75 | bb4884fd-5701-b06a-768a-013e6b94faca | 464a04fb-039e-b06a-9298-013a8fcf028b |
| ff2b62fe-19cf-b06a-9052-013a8fedb210 | b94460d2-59ac-b06a-9298-013da0bf60e0 | eb3ea5f3-097d-b06a-9298-013ad9336c45 |
| bd407b91-19cf-b06a-9052-013a8fd1354c | df5268f5-14da-b06a-9298-013ae3fda555 | 53085916-68c1-b06a-768a-01446762634 |
| b4b6d3c2-731b-b06a-747e-013a986968ee | 7dc89bfc-19cf-b06a-9052-013a91168bf2 | 769a88fc-2ff3-b06a-9298-01437e9afa4d |
| b22d16fd-332e-b06a-9298-013a9533af03 | 4f1be2fd-0d8c-b06a-9299-01493e590c39 | 7c72c6d0-5df1-b06a-768a-013a91241b33 |
| 48a8c581-4ab4-b06a-768a-013be1c9abc5 | a9f21ef9-4780-b06a-747e-013a92d0e5b1 | db35a5c6-5df1-b06a-768a-013a9115d317 |
| bf2f6634-5df1-b06a-768a-013a8fe0ffae | c6c75c66-5df1-b06a-768a-013a91162ced | 810adfc7-19cf-b06a-9052-013a9114e14c |
| 4216cf24-2139-b06a-9052-013ae35d6284 | 0524d4fb-06e4-b06a-9052-013d96b9166b | 278e06ff-4780-b06a-747e-013a91198f41 |
| a8b1bcfd-4cc1-b06a-768a-013f0596b74a | c4b187f5-19cf-b06a-9052-013a911a302c | 3b911510-039e-b06a-9298-013a8fcdec84 |
| 47048111-70f7-b06a-9298-013c745d39aa | fdddb2ff-4ef9-b06a-9052-013e84701b8b | fddd32c2-4ab4-b06a-768a-013bc128b74c |