IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE DANCEL, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br>v.<br><br>GROUPON, INC., a Delaware Corporation,<br><br>        *Defendant*. | Case No. 1:18-CV-02027<br><br>Hon. Judge Ronald A. Guzman<br><br>Magistrate Judge Jeffrey Cole |

**JOINT PROPOSED DISCOVERY PLAN**

Pursuant to Federal Rule of Civil Procedure 26(f)(3) and the Court's case management procedures, Plaintiff Christine Dancel and Defendant Groupon, Inc. hereby submit their joint discovery plan.

    **A.**    **Initial disclosures.**

The parties propose exchanging their respective Rule 26(a)(1) disclosures no later than May 22, 2018. The parties do not suggest any changes to the form or requirement for disclosures.

    **B.**    **Discovery.**

The parties have completed class discovery. Plaintiff anticipates taking merits discovery, including, depending on the outcome and scope of her pending motion for class certification, third party discovery from non-party Instagram regarding information pertaining to the putative class, which Instagram provided and/or made available to Groupon.

If the Court grants Plaintiff's Motion for Class Certification, Groupon anticipates taking additional merits discovery from Plaintiff and an undetermined number of potential class members. Groupon also anticipates taking additional discovery from third parties concerning the

merits of Plaintiff's and other class members' claims. Groupon may also take third party discovery from non-party Instagram.

The parties propose the following deadlines for fact and expert merits discovery.

| EVENT | PROPOSED DEADLINE |
|---|---|
| *Deadline to Exchange Rule 26(a)(1) Initial Disclosures* | May 22, 2018 |
| *Deadline to Complete Fact Discovery* | 90 days following the Court's Order on class certification |
| *Plaintiff's Deadline to Disclose Expert Witnesses Relating to Merits Issues* | 120 days following the Court's Order on class certification |
| *Defendants' Deadline to Disclose Expert Witnesses Relating to Merits Issues* | 150 days following the Court's Order on class certification |
| *Deadline to Complete Depositions of Disclosed Experts Relating to Merits Issues* | 180 days following the Court's on class certification |

C. **Form and Disclosure of Electronically Stored Information.**

The parties have already conducted significant class discovery in this case, which included the search and production of electronically stored information ("ESI"). The parties will continue to produce ESI in line with their practices to-date.

D. **Issues About Claims of Privilege.**

The parties shall discuss and submit a proposed order under Fed. R. Civ. P. 502(d) regarding the production of information protected by the attorney-client privilege or work product doctrine.

E. **Changes and Limitations in Discovery.**

The parties believe that discovery should proceed according to the presumptive limits set by the Federal Rules of Civil Procedure. The parties reserve their right to seek additional discovery or further limits to discovery as issues arise.

**F.     Other Orders.**

The parties agree that the Court should enter a protective order in this case. Pursuant to the Court's order of May 8, 2018, the parties will submit a proposed protective order for the Court's consideration by May 22, 2018.

| | |
|---|---|
| CHRISTINE DANCEL | GROUPON, INC. |
| By: /s/ Benjamin S. Thomassen<br>     One of Her Attorneys | By: /s/ Brian E. Cohen (with permission)<br>     One of Its Attorneys |
| Jay Edelson<br>Rafey S. Balabanian<br>Ari J. Scharg<br>Benjamin S. Thomassen<br>EDELSON, PC<br>350 North LaSalle Street, 13th Floor<br>Chicago, IL 60654 | Eric N. Macey<br>Christopher S. Moore<br>Brian E. Cohen<br>Novak and Macey LLP<br>100 North Riverside Plaza<br>Chicago, Illinois 60606 |

**CERTIFICATE OF SERVICE**

      I, Benjamin S. Thomassen, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on May 17, 2018.

                                        /s/ Benjamin S. Thomassen