# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 12, 2019

*Before*

DIANE P. WOOD, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
DANIEL A. MANION, *Circuit Judge*

| No. 19-8006 | IN RE: <br> CHRISTINE DANCEL, <br> Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-02027 <br> Northern District of Illinois, Eastern Division <br> District Judge Ronald A. Guzman ||

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL UNDER FED. R. CIV. P. 23(f),** filed on March 18, 2019, by Attorney Ryan D. Andrews.

2. **DEFENDANT-RESPONDENT GROUPON INC.'S ANSWER IN OPPOSITION TO PLAINTIFF-PETITIONER CHRISTINE DANCEL'S PETITION FOR PERMISSION TO APPEAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 23(f),** filed on April 8, 2019, by Attorney Brian E. Cohen.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. Petitioner shall pay the required docket fees to the clerk of the district court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

form name: **c7_Order_3J**(form ID: 177)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit