IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christine Dancel, <br><br> Plaintiff, <br><br> v. <br><br> Groupon, Inc., <br><br> Defendant. | Case No.  18 C 2027 <br> Judge  Ronald A. Guzman |

# ORDER

This case is a on a limited remand from the Court of Appeals "to permit discovery to whatever extent the court deems necessary for Groupon to allege that at least one member of the putative class was a citizen of a state other than Illinois or Delaware at the time of removal." *Dancel v. Groupon, Inc.*, 940 F.3d 381, 386 (7th Cir. 2019).  Groupon, which is incorporated in Delaware and has its principal place of business in Illinois, has filed a supplement to its notice of removal, naming members of the putative class who are citizens of  Virginia and California.  (Dkt. # 141, ¶ 1.)  Because Groupon has alleged minimal diversity, this Court's subject-matter jurisdiction is secure.  *See id*. at 383 ("CAFA permits removal of a proposed class action to federal court as long as there is minimal diversity, meaning just one member of the plaintiff class needs to be a citizen of a state different from any one defendant.").  The Court declines Plaintiff's request to allow her to raise the local-controversy exception to CAFA.  *See id*.  ("This remand is limited solely to the question of subject-matter jurisdiction and does not independently obligate the district court to consider or reconsider any non-jurisdictional issues, including the home-state or local-controversy exceptions to the CAFA.").  Groupon's motion for leave to respond to Plaintiff's request to conduct discovery on the local-controversy exception [143] is denied as unnecessary.  The 11/21/2019 noticed motion hearing is stricken. The Clerk is directed to send a copy of this order to the Court of Appeals forthwith.

Date:  11/20/2019                                                                /s/ Ronald A. Guzman
                                                                                        United States District Court Judge