IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE DANCEL, an individual, | |
| *Plaintiff*, | |
| v. | Case No. 1:18-CV-02027 |
| GROUPON, INC., a Delaware Corporation, | Hon. Judge Ronald A. Guzman |
| *Defendant*. | Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Christine Dancel respectfully requests that the Court enter summary judgment in her favor and against Defendant Groupon, Inc. ("Groupon") for her claim under the Illinois Right of Publicity Act, 765 ILCS 1075/1, *et seq.* (the "IRPA"). Plaintiff's request is based on this Motion, her supporting memorandum of law, her Local Rule 56.1 Statement of Undisputed Facts, and all of the declarations and exhibits submitted therewith.

As set out in her supporting materials, the undisputed facts in this case demonstrate that Groupon incorporated a photo of Ms. Dancel onto one of its online advertisements on—at least—January 17, 2016. Groupon did not seek Ms. Dancel's written consent before doing so; instead, it found and used her photo automatically using custom software. Those core facts readily demonstrate that Groupon used Ms. Dancel's identity for commercial purposes without having first obtained her written consent. She is therefore entitled to summary judgment on her claim under the IRPA.

WHEREFORE, Plaintiff respectfully seeks an order granting her motion for summary

judgment along with all other relief that the Court deems reasonable and just.[1]

                                                    Respectfully submitted,

Dated: February 13, 2020          **CHRISTINE DANCEL**,

                                                    By: /s/ Benjamin S. Thomassen

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Attorneys for Plaintiff*

---

[1] As noted in her supporting memorandum, should Ms. Dancel prevail on this motion she will seek an award of fees and costs pursuant to Local Rule 54.3.

**CERTIFICATE OF SERVICE**

I, Benjamin S. Thomassen, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system on February 13, 2020.

/s/ Benjamin S. Thomassen